**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-2270**

---

In Re:   THOMAS W. HILL,

              Petitioner.

---

On Petition for Writ of Mandamus.  (1:08-cv-00080-LHT)

---

Submitted:  February 26, 2009          Decided:   March 3, 2009

---

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Thomas W. Hill, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas W. Hill petitions for a writ of mandamus seeking an order from this court directing the bankruptcy court to dismiss his involuntary bankruptcy proceeding. We conclude that Hill is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).

The relief sought by Hill is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2